IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr190-MHT |
| | ) | (WO) |
| JAMAL ANTHONY THOMAS | ) | |

ORDER

During the sentencing hearing on February 7, 2022, the court accepted the United States Magistrate Judge's August 5, 2021, oral report and recommendation finding it permissible to hold the change-of-plea hearing by videoconference, accepted the parties' plea agreement (Doc. 375), and granted the sealed motion (Doc. 805). The court further decided that defendant Jamal Anthony Thomas has a total offense level of 8, a criminal history category of I, and a guideline range of 0 to 6 months' imprisonment, and that he should receive a sentence of time-served (followed by supervised release) or probation. However, the court decided it would like for Thomas to undergo a full psychological

evaluation before determining what the conditions of his probation or supervised release should be.

Accordingly, it is ORDERED that the remainder of the sentencing is continued generally and that a status conference is set for February 16, 2022, at 9:00 a.m., to discuss how to obtain the evaluation.

The clerk of the court is to arrange for the status conference to be conducted by conference call.

DONE, this the 8th day of February, 2022.

                             /s/ Myron H. Thompson  
                            **UNITED STATES DISTRICT JUDGE**